# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPLICATION FOR A WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2254 BY A PERSON IN STATE CUSTODY

CA 05 427 S

Carlos Hernandez, Petitioner,
Full Name and Prisoner Number

Carl Robinson C.I.
Complete Prison Address (Place of Confinement)

P.O. Box 1400
Enfield, CT. 06083

Case No. ______________
(To be supplied by the Court)

v.

State of Rhode Island
[illegible], Respondent,
(Name of Warden or authorized person having custody of petitioner)
(Do not use ***et al.***)

and

N/A, Additional Respondent.
(List additional persons having custody of petitioner, if any)

Note: If the applicant is challenging a judgment which imposed a sentence to be served in the future, applicant must fill in the name of the state where the judgment of conviction was entered. If the applicant has a sentence to be served in the future under a federal judgment, which he/she wishes to challenge, he/she should file a motion under 28 U.S.C. § 2255, in the federal court which entered the judgment.

## CONVICTION BEING CHALLENGED

1) Name and location of the court which entered the judgment of conviction you are challenging Providence County

2) Date judgment of conviction was entered ____

3) Case number (in state court) ____

4) Type and length of sentence imposed ____

5) Nature of the offense involved (all counts) ____

6) What was your plea? (check one)
Not Guilty __ Guilty ✓ Nolo Contendere __

7) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to:

____

8) If you entered a plea of guilty pursuant to a plea bargain, state the terms and conditions of the agreement ____

9) Kind of trial (check one) Jury __ Judge only __

10) Did you testify at trial? Yes __ No __

**DIRECT APPEAL**

11) Did you appeal from the judgment of conviction? Yes __ No __

12) If you did not appeal, explain briefly why you did not: ______________________

(a) Did you seek permission to file a late appeal? Yes __ No __

13) If you did appeal, answer the following:

(a) Name of court: ______________________

(b) Docket number (if you know): ______________________

(c) Result (attach a copy if you have one): ______________________

(d) Date of result (if you know): ______________________

(e) Citation to the case (if you know): ______________________

(f) Grounds raised: ______________________

14) If your appeal was denied by the Connecticut Appellate Court, did you file a petition for certification with the Connecticut Supreme Court? Yes___ No ___

15) If you sought certification, answer the following:

(a) Date of decision (if you know): ______________________

(b) Citation to the case (if you know): ______________________

(c) Grounds raised (or attach a copy of the petition for certification if you have

one): ______________________________________________

______________________________________________

______________________________________________

16). Did you file a petition for certiorari in the United States Supreme Court?
Yes____ No____

If yes, answer the following:

(a) Docket number (if you know): ______________________

(b) Result: ______________________________________

______________________________________________

(c) Date of result (if you know): ______________________

(d) Citation to the case (if you know): __________________

(e) Grounds raised: _______________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

## POST-CONVICTION PROCEEDINGS

17) Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any state court? Yes __ No ✓

18) If your answer to Question 17 was "Yes," give the following information:

(a) FIRST petition, application or motion.

(1) Name of court: ____________________

(2) Docket number (if you know): ____________________

(3) Nature of proceeding: ____________________

(4) Grounds raised: ____________________

____________________

____________________

____________________

____________________

____________________

(5) Did you receive an evidentiary hearing on your petition, application or motion? Yes __ No __

(6) Result: ____________________

(7) Date of result (if you know): ____________________

(8) Did you appeal the result to the highest state court having jurisdiction? Yes __ No __

If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order)

____________________

____________________

(9) If you did not appeal, briefly explain why you did not: __________

______________________________________________

(10) If your appeal was decided by the Connecticut Appellate Court, did you file a petition for certification to appeal the decision to the Connecticut Supreme Court? Yes ___ No ___

(11) *If you sought certification, give the citation and date of the court's* decision or attach a copy of the decision. Also attach a copy of the petition for certification or list the issues for which certification was sought.

______________________________________________

______________________________________________

______________________________________________

______________________________________________

(b) As to any SECOND petition, application or motion, give the following information:

(1) Name of court: ______________________________

(2) Docket number (if you know): ______________________

(3) Nature of proceeding: ___________________________

(4) Grounds raised: ______________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

(5) Did you receive an evidentiary hearing on your petition, application or motion? Yes __ No __

(6) Result: ___________________________________

(7) Date of result (if you know): ______________________

(8) Did you appeal the result to the highest state court having jurisdiction? Yes __ No __

If you did appeal, give the name of the court where the appeal was filed,

the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order)

______________________________________________

______________________________________________

(9) If you did not appeal, briefly explain why you did not: __________

______________________________________________

(10) If your appeal was decided by the Connecticut Appellate Court, did you file a petition for certification to appeal the decision to the Connecticut Supreme Court? Yes ___ No ___

(11) If you sought certification, give the citation and date of the court's decision or attach a copy of the decision. Also attach a copy of the petition for certification or list the issues for which certification was sought.

______________________________________________

______________________________________________

______________________________________________

______________________________________________

c) As to any THIRD petition, application or motion, give the following information:

(1) Name of court: ______________________________

(2) Docket number (if you know): ______________________

(3) Nature of proceeding: ___________________________

(4) Grounds raised: ______________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

(5) Did you receive an evidentiary hearing on your petition, application or motion? Yes __ No __

(6) Result: ____________________

(7) Date of result (if you know): ____________________

(8) Did you appeal the result to the highest state court having jurisdiction? Yes __ No __

If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order)

____________________

____________________

(9) If you did not appeal, briefly explain why you did not: ____________________

____________________

(10) If your appeal was decided by the Connecticut Appellate Court, did you file a petition for certification to appeal the decision to the Connecticut Supreme Court? Yes ___ No ___

(11) If you sought certification, give the citation and date of the court's decision or attach a copy of the decision. Also attach a copy of the petition for certification or list the issues for which certification was sought.

____________________

____________________

____________________

____________________

**CLAIMS**

19) State concisely every ground on which you claim that you are being held in violation of the Constitution, laws or treaties of the United States. Summarize briefly the **facts** supporting each claim. If necessary, you may attach extra pages stating additional claims and supporting facts. You should raise in this petition all claims for relief which relate to the conviction being challenged.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**Ground One**: The Petition hereby moves this Honorable Court to "dismiss" his current State of Rhode Island Charges or accept his plea of "Nolo-Contendere" in absentia.

(a) Supporting Facts (Do not argue or cite law. Just briefly state the facts that support your claim): The Petitioner is currently serving a State of Connecticut State prison term. The State of Rhode Island and its prosecuting official(s). currently holds an outstanding arrest warrant for the petitioner. The Petitioner filed an Interstate Agreement on Detainers (IAD) and the State of Rhode Island "failed" to comply with its laws and/or regulations. Petitions requests said charges to be disposed of.

(b) If you did not exhaust your state court remedies on Ground One, briefly explain why: This is a matter of federal jurisdiction due to interstate offenses.

(c) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue? Yes _____ No _____

(2) If you did **not** raise this issue in your direct appeal, briefly explain why: N/A

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for

habeas corpus in a state trial court? Yes _____ No __✓__

(2) If your answer to Question (d)(1) is "Yes," state the type of motion or petition, the name and location of the court where the motion or petition was filed, the case number (if you know), the date of the court's decision, and the result. Attach a copy of the court's opinion or order, if available:

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

(3) Did you receive a hearing on your motion or petition?
Yes _____ No _____

(4) Did you appeal from the denial of your motion or petition?
Yes _____ No _____

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? Yes _____ No _____

(6) If your answer to Question (d)(5) is "Yes," state the name and location of the court where the appeal was filed, the case number (if you know), the date of the court's decision, and the result. Attach a copy of the court's opinion or order, if available: ______________________

______________________________________________

______________________________________________

______________________________________________

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," briefly explain why you did not raise this issue: ______________________

______________________________________________

______________________________________________

(e) Other Remedies: Describe any other procedures, such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: ______________________________________________

**Ground Two**: ______

(a) Supporting Facts (Do not argue or cite law. Just briefly state the facts that support your claim): ______

N/A

(b) If you did not exhaust your state court remedies on Ground Two, briefly explain why: ______

(c) Direct Appeal of Ground Two:

(1) If you appealed from the judgment of conviction, did you raise this issue? Yes ____ No ____

(2) If you did **not** raise this issue in your direct appeal, briefly explain why: ______

N/A

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for

habeas corpus in a state trial court? Yes _____ No ______

(2) If your answer to Question (d)(1) is "Yes," state the type of motion or petition, the name and location of the court where the motion or petition was filed, the case number (if you know), the date of the court's decision, and the result. Attach a copy of the court's opinion or order, if available:

(3) Did you receive a hearing on your motion or petition?
Yes _____ No _____

(4) Did you appeal from the denial of your motion or petition?
Yes _____ No _____

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? Yes _____ No _____

(6) If your answer to Question (d)(5) is "Yes," state the name and location of the court where the appeal was filed, the case number (if you know), the date of the court's decision, and the result. Attach a copy of the court's opinion or order, if available: ____________________

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," briefly explain why you did not raise this issue: ____________________

(e) Other Remedies: Describe any other procedures, such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: ____________________

**Ground Three**: ______

(a) Supporting Facts (Do not argue or cite law. Just briefly state the facts that support your claim): ______

(b) If you did not exhaust your state court remedies on Ground Three, briefly explain why: ______

(c) Direct Appeal of Ground Three:

(1) If you appealed from the judgment of conviction, did you raise this issue? Yes ______ No ______

(2) If you did **not** raise this issue in your direct appeal, briefly explain why: ______

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for

habeas corpus in a state trial court? Yes _____ No ______

(2) If your answer to Question (d)(1) is "Yes," state the type of motion or petition, the name and location of the court where the motion or petition was filed, the case number (if you know), the date of the court's decision, and the result. Attach a copy of the court's opinion or order, if available:

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

(3) Did you receive a hearing on your motion or petition?
Yes ______ No ______

(4) Did you appeal from the denial of your motion or petition?
Yes ______ No ______

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? Yes _____ No ______

(6) If your answer to Question (d)(5) is "Yes," state the name and location of the court where the appeal was filed, the case number (if you know), the date of the court's decision, and the result. Attach a copy of the court's opinion or order, if available: ______________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," briefly explain why you did not raise this issue: ______________________________

______________________________________________________________

______________________________________________________________

(e) Other Remedies: Describe any other procedures, such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: ______________________________________________

**Ground Four**: ______

(a) Supporting Facts (Do not argue or cite law. Just briefly state the facts that support your claim): ______

(b) If you did not exhaust your state court remedies on Ground Four, briefly explain why: ______

(c) Direct Appeal of Ground Four:

(1) If you appealed from the judgment of conviction, did you raise this issue? Yes ____ No ____

(2) If you did **not** raise this issue in your direct appeal, briefly explain why: ______

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes _____ No ______

(2) If your answer to Question (d)(1) is "Yes," state the type of motion or petition, the name and location of the court where the motion or petition was filed, the case number (if you know), the date of the court's decision, and the result. Attach a copy of the court's opinion or order, if available:

______________________________

______________________________

______________________________

______________________________

______________________________

(3) Did you receive a hearing on your motion or petition?
Yes _____ No _____

(4) Did you appeal from the denial of your motion or petition?
Yes _____ No _____

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? Yes _____ No ______

(6) If your answer to Question (d)(5) is "Yes," state the name and location of the court where the appeal was filed, the case number (if you know), the date of the court's decision, and the result. Attach a copy of the court's opinion or order, if available: ______________________________

______________________________

______________________________

______________________________

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," briefly explain why you did not raise this issue: ______________________________

______________________________

______________________________

(e) Other Remedies: Describe any other procedures, such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: ______________________________

________________________________________________________________

________________________________________________________________

20) Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? Yes _____ No _____

If your answer is "No," state which grounds have not been so presented and briefly give your reason(s) for not presenting them: ________________________

________________________________________________________________

________________________________________________________________

N/A

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and briefly state your reasons for not presenting them: ____________________

________________________________________________________________

________________________________________________________________

## SUCCESSIVE APPLICATIONS

This court is required to dismiss any claim presented in a second or successive petition that the federal court of appeals has authorized to be filed unless the applicant shows that each claim satisfies the requirements of 28 U.S.C. § 2244, as amended by Title I of the Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, § 106, 110 Stat. 1214 (Apr. 24, 1996).

21) Have you previously filed any type of petition, application or motion in a federal court regarding the conviction you challenge in this petition? Yes _____ No ✓

If "Yes," state the name and location of the court, the case number, the type of proceeding, the issue raised, the date of the court's decision, and the result for each petition, application or motion filed. Attach a copy of any court opinions or orders, if available: ______________________________________

________________________________________________________________

________________________________________________________________

N/A

________________________________________

________________________________________

________________________________________

22) If the answer to Question 21 is "Yes" and you are raising a claim that you did not presented in a prior federal petition, application or motion, have you obtained an order from the United States Court of Appeals for the Second Circuit authorizing this district court to consider this petition? Yes __ No __

If "Yes," please attach a copy of the order.

23) Do you have any petition or appeal **now pending** (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?
Yes _____ No _____

If "Yes," state the name and location of the court, the case number, the type of proceeding and the issues raised: ____________________

________________________________________

________________________________________

________________________________________

________________________________________

## LEGAL REPRESENTATION

Prose Matter

24) Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing ____________________

________________________________________

(b) At arraignment and plea ____________________

________________________________________

(c) At trial ____________________

(d) At sentencing ______________________________

(e) On appeal ______________________________

(f) In any post-conviction proceeding ______________________________

(g) On appeal from any adverse ruling in a post-conviction proceeding ________

25) Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? Yes _____ No _____

26) Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes _____ No _____

(a) If "Yes," give the name and location of the court that imposed the other sentence you will serve in the future: ______________________________

(b) Give the date the other sentence was imposed: ______________________________

(c) Give the length of the other sentence: ______________________________

(d) Have your filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? Yes _____ No _____

## TIMELINESS OF PETITION

27) If the judgment of conviction you are challenging in this petition became final over one year ago, you must explain why the one-year statute of limitations as codified in 28 U.S.C. § 2244(d) does not bar your petition.[1]

---

[1] The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), as codified in 28 U.S.C. § 2244(d), provides in part that:

(1) A 1-year period of limitation shall apply to an application for writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The

N/A

28) Are you presently serving a sentence imposed for a conviction other than the conviction being challenged in this motion? Yes ✓ No ___

Wherefore, petitioner prays that the court grant him such relief to which he may be entitled in this proceeding.

Carlos M Hernandez
**Petitioner's Original Signature**

# 220550
Petitioner's Inmate Number

Pro-Se
Signature of Attorney (if any)
N/A

limitation period shall run from the latest of–

(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cased on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

N/A

Attorney's Full Address and
Telephone Number

**DECLARATION UNDER PENALTY OF PERJURY**

The undersigned declares under penalty of perjury that he/she is the petitioner in this action, that he/she has read this petition and that the information contained in the petition is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at Enfield, CT on 10-7-05.
(Location) (Date)

[signature]
**Petitioner's Original Signature**