**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

CA 05 427S

| | | |
|---|---|---|
| CARLOS HERNANDEZ, | : | CASE NO. |
| Petitioner | : | |
| v. | : | |
| STATE OF RHODE ISLAND, | : | |
| Respondent | : | OCTOBER 7, 2005 |

**SUPPLEMENT TO PETITION FOR A WRIT FOR A HABEAS CORPUS**

Now comes the Petitioner, Carlos Hernandez, in his Writ For A Habeas Corpus petition against the State of Rhode Island.

The Petitiner is currently a State of Connecticut sentenced prisoner and the State of Rhode Island has a current outstanding warrant for his arrest.

The Petitioner, hereby moves this Honorable Court to "ORDER" the prosecuting official, the Honorable Patrick C. Lynch for the Office of the Attorney General for the State of Rhode Island to dismiss the outstanding arrest warrant or accept the Petitioner's plea of "nolo contendere" in absentia. Insupport thereof, the Petitioner contends that this matter is an appropriate matter, because the Petitioner has filed with the State of Connecticut Department of Correction an Interstate Agreement on Detainers. The Petitioner contends that the prosecuting official(s) has "failed" to comply with its agreement on detainers in that the State of Rhode Island has not extradited the Petitioner in order that this matter be disposed by its prosecuting official(s).

The Petitioner claims that the charges brought against him

are neither Class A or B felony nor are they violent crime(s). The Petitioner contends that his current "detainer" prevents him from participating in any community release programs such as, but not limited to Halfway House, Parole, etc. The Petitioner contends that based on the simple fact that his current detainer is outstanding and prohibits the petitioner to be released on such programs for his ongoing recovery, the Petitioner claims that this is a creation of a "liberty" interest, which violates his Fourteenth Amendment to the Constitution of the United States.

Respectfully submitted

THE DEFENDANT,

Carlos Hernandez, Pro Se
Inmate No. 220550
Carl Robinson C.I.
P.O. Box 1400
Enfield, CT 06083