UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CARLOS HERNANDEZ, :
Petitioner, :
:
v. : CA 05-427 S
:
STATE OF RHODE ISLAND, :
Respondent. :

**ORDER**
**GRANTING APPLICATION**

Before the court is the application of Petitioner Carlos Hernandez to proceed without prepayment of fees. See Application to Proceed without Prepayment of Fees and Affidavit (Document #3) ("Application") filed on October 13, 2005. The Application is hereby granted.[1]

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
October 19, 2005

BY ORDER:

Deputy Clerk

---

[1] Although the court is granting Petitioner's application to proceed without prepayment of fees, this action should not be taken as an indication that the court has determined that the relief Petitioner is seeking is obtainable via a federal habeas corpus petition.