UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CARLOS HERNANDEZ

vs. CA 05-427S

STATE OF RHODE ISLAND

**ORDER**

The Attorney General is hereby ordered to file its response to the plaintiff's "Petition Under 28 U.S.C. §2254 for Writ of Habeas Corpus by a person in State Custody." Said response will be filed on or before **November 10, 2005.**

By Order,

Deputy Clerk

ENTER:

William E. Smith
U.S. District Judge

Date: 10/21/05