UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CARLOS HERNANDEZ | ) )  ) |
| v. | )  ) C.A. No. 05-427S |
| STATE OF RHODE ISLAND | )  )  )  ) |

**ORDER**

The Report and Recommendation of United States Magistrate Judge Jacob Hagopian filed on April 24, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Respondent's Motion to Dismiss is GRANTED and the Petition is DENIED and DISMISSED.

By Order,

/s/
Deputy Clerk

ENTER:

/s/
William E. Smith
United States District Judge

Date: 5/24/06