UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CARLOS HERNANDEZ

v. C.A. No. 05-427S

STATE OF RHODE ISLAND

**ORDER**

The Report and Recommendation of United States Magistrate Judge Jacob Hagopian filed on April 24, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Respondent's Motion to Dismiss is GRANTED and the Petition is DENIED and DISMISSED.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 5/24/06