AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

CARLOS HERNANDEZ

v.

STATE OF RHODE ISLAND

## JUDGMENT IN A CIVIL CASE

Case Number: C.A. NO. 05-427S

**Jury Verdict.**

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**JUDGMENT IS HEREBY ENTERED IN FAVOR OF RESPONDENT, STATE OF RHODE ISLAND, AGAINST PETITIONER, CARLOS HERNANDEZ, PURSUANT TO THIS COURT'S ORDER ENTERED ON THIS DATE, GRANTING RESPONDENT'S MOTION TO DISMISS AND DENYING AND DISMISSING PETITION.**

May 25, 2006
Date

Clerk

ALBA-SUE MERCURIO
(By) Deputy Clerk